Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★   ★   ★                                                 ★   ★   ★

# MEMORANDUM OPINION

No. 04-08-00780-CV

Ken J. **MCLEAN**,
Appellant

v.

Maria Martha **CISNEROS**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-08-229
Honorable Jose Luis Garza, Judge Presiding

PER CURIAM

Sitting:     Alma L. López, Chief Justice
             Catherine Stone, Justice
             Karen Angelini, Justice

Delivered and Filed:   December 10, 2008

DISMISSED FOR LACK OF JURISDICTION

The appellant filed a notice of appeal seeking to appeal the trial court's order denying his motion to transfer venue. On November 10, 2008, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because orders on venue motions are not appealable until after the entry of final judgment. *American Home Prods. Corp. v. Clark*, 38 S.W.3d 92, 96 (Tex. 2000). Appellant did not respond to our order. This appeal is dismissed for lack of jurisdiction. *See id*. Costs of the appeal are taxed against the appellant.

PER CURIAM